CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2012

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT PHAROAH HOWARD, | ) | CASE NO. 7:12CV00079 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| J. STATZER, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

For the reasons stated in the accompanying memorandum opinion, it is

ADJUDGED AND ORDERED

that plaintiff's motion for interlocutory injunctive relief (ECF No. 13) is **DENIED**.

ENTER: This 12th day of June, 2012.

_____
Chief United States District Judge