CLERK'S OFFICE U.S. DIST. CO
AT ROANOKE, VA
FILED

SEP 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT PHAROAH HOWARD, | ) | CASE NO. 7:12CV00079 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| J. STATZER, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is

**ADJUDGED AND ORDERED**

that plaintiff's motion for preliminary injunction (ECF No. 59) and motion for temporary restraining order (ECF No. 63) are **DENIED**. Other pending motions will be addressed by separate order(s).

**ENTER:** This 26th day of September, 2012.

/s/ Glen E. Conrad
Chief United States District Judge