IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT PHAROAH HOWARD** )<br>)<br>Plaintiff, )<br>)<br>**v.** )<br>)<br>)<br>**L.B. PHIPPS, ET AL.,** )<br>)<br>Defendant(s). ) | Case No. 7:12CV00079<br><br>**ORDER**<br><br>By: Glen E. Conrad<br>Chief United States District Judge |

This matter is before the court on three motions for interlocutory injunctive relief (ECF Nos. 153, 159, & 169), filed by Plaintiff Robert Pharoah Howard and referred to United States Magistrate Judge Pamela Meade Sargent under 28 U.S.C. § 636(b)(1)(B). Judge Sargent has issued two reports (ECF Nos. 168 & 170), recommending that Howard's motions for interlocutory injunctive relief be denied.[1] The fourteen days allotted under § 636(b) for parties to object to the findings and recommendations in the Magistrate Judge's Reports have expired, and neither party has filed objections. Accordingly, it is hereby

### ADJUDGED AND ORDERED

that the reports of the Magistrate Judge (ECF Nos. 168 & 170) shall be and hereby are **ADOPTED** in their entirety, and the motions for interlocutory injunctive relief (ECF Nos. 153, 159, & 169) are **DENIED**.

The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

**ENTER:** This 9th day of October, 2013.

                                                    */s/ Glen E. Conrad*
                                                    Chief United States District Judge

---

[1] Judge Sargent recommends that Howard's motions be denied because he seeks to raise additional claims against persons not properly before the court in this case and because he has not demonstrated that entry of the requested interlocutory injunctive relief is appropriate.