CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 21 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL HAMZA WALI MUHAMMAD (a.k.a. Robert Pharoah Howard), | ) ) ) | CASE NO. 7:12CV00079 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| | ) ) | |
| LORI BETH PHIPPS-MESSER, et al., | ) ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

For the reasons stated in the accompanying memorandum opinion, it is

## ADJUDGED AND ORDERED

that plaintiff's recent submissions (ECF No. 212) is **CONSTRUED** as a motion for interlocutory injunctive relief, which is **DENIED** in this case; but the clerk is **DIRECTED** to file a copy of this motion in a new and separate civil action under 42 U.S.C. § 1983 against unnamed defendants, and the court will address plaintiff's motion in that new case by separate order.

**ENTER:** This 21st day of February, 2014.

_____
Chief United States District Judge